■ (A) JOSEPH LENAHAN, an Infant, by JOHN LENAHAN, His Guardian ad Litem, et al. v. SOL SIEGAL. (B) In the Matter of ROBIN E. ROBERTS et al., as Player Members of the Pension Committee of the Major League Baseball Players'

Pension Plan, v. John W. Galbreath et al., Club Owner Members of the Pension Committtee of the Major League Baseball Players' Pension Plan.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.